# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-1672-GW-ASx | Date | January 3, 2023 |
|---|---|---|---|
| Title | *Willie Lee Johnson III v. MRI, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**


On January 3, 2023, Plaintiff Willie Lee Johnson filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed by January 30, 2023. The Court now sets an order to show re: settlement hearing for February 2, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on February 1, 2023.

:

Initials of Preparer   JG