JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE LEE JOHNSON III,<br><br>        Plaintiff,<br><br>    v.<br><br>MRI, INC., et al.,<br><br>        Defendants. | Case No. CV 22-1672-GW-ASx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: February 2, 2023

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE